Ronald L.M. Goldman, Esq. (State Bar #33422)
A. Ilyas Akbari, Esq. (State Bar #228051)
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
12100 Wilshire Boulevard., Suite 950
Los Angeles, California 90025-7114
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

Erik Brian Feingold, Esq. (State Bar #168566)
MYERS WIDDERS GIBSON JONES & FEINGOLD
5425 Everglades Street
Ventura, California 93003-6552
Telephone: (805) 644-7188
Facsimile: (805) 650-5177

Attorneys for Plaintiffs,
BRANDON LEE ROBINSON and K.R.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LEE ROBINSON, Individually, and K.R., a minor, by and through his Guardian Ad Litem, AMBER RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BELL HELICOPTER TEXTRON, INC., a corporation; BELL TECHNICAL SERVICES, INC., a corporation; and DOES 1 TO 100,<br><br>Defendants. | CASE NO. 2:17-cv-05709-R-AFM<br><br>**ORDER OF DISMISSAL; AND ORDER VACATING ORDER TO SHOW CAUSE HEARING**<br><br>OSC DATE: May 14, 2018<br>OSC TIME: 10:00 a.m.<br>CRTM: 880<br>JUDGE: Hon. Manuel L. Real |

## ORDER OF DISMISSAL AND ORDER VACATING OSC HEARING

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED** that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties with each party bearing that party's own attorney's fees and costs.

**IT IS FURTHER ORDERED** that the Order to Show Cause Hearing set for May 14, 2018 at 10:00 a.m. in Courtroom 880 is vacated as moot.

DATED: May 10, 2018

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2018, the foregoing **[PROPOSED] ORDER OF DISMISSAL AND ORDER TO VACATE ORDER TO SHOW CAUSE HEARING** was served on the parties in the above-entitled action via the court's CM/ECF system which automatically sends notice via electronic mail, and via email to counsel of record.

/s/ Ronald L.M. Goldman
_____
Ronald L.M. Goldman, Esq.